**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7796

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONOVAN J. MCDONALD,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Matthew J. Perry, Jr., Senior District Judge.  (CR-97-13)

Submitted:  April 22, 2005              Decided:  June 24, 2005

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donovan J. McDonald, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donovan J. McDonald appeals from the district court's order denying and dismissing his motion filed under 18 U.S.C. § 3582 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED